UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALIA WEBBER,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100<br><br>Defendants. | No. 2:20-cv-00977-TLN-CKD<br><br>**ORDER GRANTING DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S REQUEST TO FILE PORTIONS OF THE ADMINISTRATIVE RECORD UNDER SEAL** |

Having reviewed Defendant Metropolitan Life Insurance Company's ("MetLife") Request to Seal Portions of the Administrative Record under Seal, and for good cause appearing, the Court hereby grants MetLife's Request as follows:

The following portions of the Administrative Record attached as Exhibit "C" to the Declaration of Cindy Broadwater shall be filed under seal to prevent the disclosure of Plaintiff Talia Webber's personal and private medical information: STD AR 000042–000044; STD AR 000048–001611; STD AR 001614–001616; STD AR 001823–001825; STD AR 001917–001919; STD AR 001994–003760; STD AR 003762–003800; STD AR 003875–003876; STD AR 003890– 003995; STD AR 004026–004297; LTD AR 000504–000973; LTD AR 001035–001037; LTD AR 001046–001101; LTD AR 001180–001186; LTD AR 001190–001200; LTD AR 001232–003585; LTD AR 003636–003638.

1 | These records shall remain sealed unless otherwise ordered by the Court.
2 | IT IS SO ORDERED.
3 | DATED: May 3, 2021

Troy L. Nunley
United States District Judge